641 A.2d 580

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Arthur Bryan COOPER, Respondent.**

**No. 958 Disciplinary Docket No. 2.**
**Disciplinary Board No. 14 DB 94.**

Supreme Court of Pennsylvania.

March 24, 1994.

*ORDER*

PER CURIAM:

AND NOW, this 24th day of March, 1994, there having been filed with this Court by Arthur Bryan Cooper his verified Statement of Resignation dated February 18, 1994, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Arthur Bryan Cooper be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.